377 A.2d 191

Commonwealth v. Young, Appellant.

Submitted December 10, 1976. Robert B. Lawler, and Shuman, Lawler & Levy, for appellant; Charles J. Devlin, Jr., Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.